**Marc Joseph ARENS, Appellant,**

v.

**Robert FLETCHER, Appellee.**

No. 05–2170.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 14, 2006.

Filed: June 27, 2006.

Marc Joseph Arens, St. Cloud, MN, pro se.

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

PER CURIAM.

Minnesota inmate Marc Joseph Arens brought a 42 U.S.C. § 1983 action against Ramsey County Sheriff Robert Fletcher, alleging civil rights violations by county jail staff. The district court[1] dismissed the action pursuant to 28 U.S.C. § 1915A, and Arens appeals. Having reviewed the record de novo, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we conclude dismissal was proper. *See Vaughn v. Greene County, Ark.*, 438 F.3d 845, 851 (8th Cir.2006) ("[I]t is well settled the doctrine of *respondeat superior* is inapplicable to section 1983 claims").

Accordingly, we affirm.

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.